STATE OF NEW JERSEY v. DENNIS BAKER.

July 11, 1978. Petition for certification granted. (See 158 *N. J. Super.* 536)

STATE OF NEW JERSEY v. MICHAEL JOHN DEMPSEY.

July 18, 1978. Petition for certification denied.

ELEANOR BLASI & ANTHONY JOSEPH BLASI v. ART STOCK ENTERPRISES, INC.

July 11, 1978. Petition for certification denied.

MARVIN D. PERSKIE v. ROBERT V. BARNDT.

July 11, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER COLEMAN.

July 11, 1978. Petition for certification denied.

HARRY D. SCHEIDELL v. CIVIL SERVICE COMMISSION, DEPARTMENT OF THE TREASURY.

July 11, 1978. Petition for certification denied.